ORIGINAL                                                                    ORIGINAL

Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Matthew Matejcek Bar no. 319147
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Defendant*
*CARSON FRIES*

United States District Court
for the Northern District of California
Oakland Courthouse

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>vs.<br><br>CARSON FRIES,<br><br>*Defendants.* | No. 4:25-mj-71143-MAG-1<br><br>MEMORANDUM IN SUPPORT OF RELEASE<br><br>Date:        Wednesday, November 19, 2025<br>Time:        10:30 pm<br>Courtroom:   Honorable Kandis Westmore, Magistrate Judge<br><br>*Speedy Trial Act Excludable Time: 18 U.S.C. 3161(h)(1)(F)* |

**MEMORANDUM IN SUPPORT OF RELEASE**

We agree with pretrial services' recommendation for a 15,000 signature bond and other conditions except for the New Bridge recommendation. Although defendant has been accepted by New Bridge, a referral there is not necessary.

Defendant's substance abuse history included use of prescription opiates four times a week up until arrest, which is significant. However, defendant has been in custody for nearly two months and has not had access to any drugs except methadone, which he has received in custody.

Our information is that defendant has been on a methadone program for the past few years. He had been going to a methadone clinic in Pittsburg weekly up until his arrest and had monthly drug testing at the clinic.

Defendant's mother will be appearing in court. It is expected that defendant's father will

probably not be in court because of disability.  His mother will be present and will sign on the surety bond and act as defendant's custodian.

Defendant is the primary caretaker for his disabled parents.  The parents are both fall risks.  Defendant is the only person there that can pick up the parents if they fall. Both parents have fallen before. Defendant sits up with his father at night because his father has medical problems that interfere with sleeping.  Defendant cooks for the parents whenever his mother has trouble standing and can't cook, which is often.  Defendant drives his parents to medical appointments and picks up their prescriptions for them as well as running other errands.

It is denied that defendant's disabled parents ever acted as "lookouts", as speculated by the investigating officer.

Defendant is in contact with his son and daughters.  Defendant's son badly needs emotional support because the son's maternal grandfather is dying.  Defendant's son is only 10 years old and under emotional stress.

Defendant would not be able to care for his parents or take care of his son if he was referred to New Bridge.

If needed, conditions of release can be added such as electronic monitoring, curfew, and periodic drug testing.

Dated:  Oakland, California, Tuesday, November 18, 2025.

Robert J. Beles
_____
Robert J. Beles
Attorney for Attorney for *Defendant*
*CARSON FRIES*

2

Memorandum in Support of Release

**PROOF OF SERVICE**

I, the undersigned, depose and state: I reside or do business within the County of Alameda. I am eighteen years of age or older and not a party to this action. My business address is 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612-3642.

On Tuesday, November 18, 2025, I served the following documents:

**Memorandum in Support of Release**

I served the following persons:

Ivana Djak
United States Attorney's Office
Northern District of California
1301 Clay Street, Suite 340S
Oakland, CA 94612
(415) 436-6401
Fax: (415) 436-7432
Email: ivana.djak@usdoj.gov

(Served by CM/ECF system)

Alyse Johnson
U.S. Pretrial Services Officer
Oakland Office
1301 Clay Street, Suite 100C
Oakland, CA 94612
(510) 637-3751
alyse.johnson@canpt.uscourts.gov

(served by email)

I declare under penalty of perjury that the above is true. Executed in Oakland, California on Tuesday, November 18, 2025.

_____
Robert J. Beles
Attorney for Defendant *JOSE LUIS GARCIA*

3

Memorandum in Support of Release